**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1721**

---

ASRAT TADESSA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-680-915)

---

Submitted: March 18, 2003                Decided: April 17, 2003

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Mikre Michael Ayele, Arlington, Virginia, for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, Allen W. Hausman, Senior
Litigation Counsel, Daniel E. Goldman, Office of Immigration
Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Asrat Tadessa, a native and citizen of Ethiopia, appeals the decision of the Board of Immigration Appeals (Board) denying her motion to reconsider its ruling dismissing the appeal in deportation proceedings. The immigration judge had denied her application for asylum and withholding of deportation, and the Board was not persuaded to reconsider. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. 8 C.F.R. § 3.2(a), (b)(1) (2002). We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED